IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

DAVID VAUGHN GRIER,    :
    Plaintiff,    :
        :
    v.    :    CIVIL ACTION NO. 26-CV-2515
        :
GLOBAL TEL LINK/VIA PATH    :
TECHNOLOGIES, CORPORATION, *et al.*,    :
    Defendants.    :

## ORDER

AND NOW, this 13th day of July, 2026, upon consideration of David Vaughn Grier's Motion to Proceed *In Forma Pauperis* (ECF No. 1), Prisoner Trust Fund Account Statement (ECF No. 3), and *pro se* Complaint (ECF No. 2), it is **ORDERED** that:

1.    Leave to proceed *in forma pauperis* is **GRANTED** pursuant to 28 U.S.C. § 1915.

2.    David Vaughn Grier, #QN7789, shall pay the full filing fee of $350 in installments, pursuant to 28 U.S.C. § 1915(b), regardless of the outcome of this case. The Court directs the Superintendent of SCI Phoenix or other appropriate official to assess an initial filing fee of 20% of the greater of (a) the average monthly deposits to Grier's inmate account; or (b) the average monthly balance in Grier's inmate account for the six-month period immediately preceding the filing of this case. The Superintendent or other appropriate official shall calculate, collect, and forward the initial payment assessed pursuant to this Order to the Court with a reference to the docket number for this case. In each succeeding month when the amount in Grier's inmate trust fund account exceeds $10.00, the Superintendent or other appropriate official shall forward payments to the Clerk of Court equaling 20% of the preceding month's income credited to Grier's inmate account until the fees are paid. Each payment shall refer to the docket number for this case.

3.      The Clerk of Court is **DIRECTED** to send a copy of this Order to the Superintendent of SCI Phoenix.

4.      The Complaint is **DEEMED** filed.

5.      For the reasons stated in the Court's Memorandum, the Complaint (ECF No. 2) is **DISMISSED** in its entirety as follows:

      a.  All federal claims are **DISMISSED WITH PREJUDICE** as legally frivolous, pursuant to 28 U.S.C. § 1915(e)(2)(B)(i).

      b.  All state law claims are **DISMISSED WITHOUT PREJUDICE** for lack of subject matter jurisdiction.

6.      The Clerk of Court is **DIRECTED** to **CLOSE** this case.


**BY THE COURT:**

**/s/ John Milton Younge**
**JOHN MILTON YOUNGE, J.**

2